UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. RICHARDSON
and TERRI V. RICHARDSON,

    Plaintiffs,

v.                                      Case No. 3:14cv577MCR/CJK

VANDERBILT MORTGAGE AND
FINANCE, INC., et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court upon plaintiffs' Notice of Voluntary Dismissal (doc. 4).  Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), this action should be dismissed.

Accordingly, it is respectfully RECOMMENDED:

1.  That this action be DISMISSED WITHOUT PREJUDICE.

2.  That the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of February, 2015.

                                              */s/ Charles J. Kahn, Jr.*
                                              **CHARLES J. KAHN, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

     Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).

Case No: 5:14cv577/MCR/CJK