UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRY L. RICHARDSON
and TERRI V. RICHARDSON,

    Plaintiffs,

v.          Case No. 3:14cv577MCR/CJK

VANDERBILT MORTGAGE AND
FINANCE, INC., et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 20, 2015. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, the Court hereby **ORDERS** and **ADJUDGES** as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. This action is DISMISSED WITHOUT PREJUDICE.

    3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 20th day of March, 2015.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**